IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00325-MR-WCM

| | | |
|---|---|---|
| G.P. SULLINS LAND COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GPS QRTZ CORP., | ) | |
| a/k/a GPS QUARTZ CORP.; | ) | |
| FRANK SALVATI; and | ) | |
| BLAIR KRUEGER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a Motion to Join Additional Parties as Counterclaim Plaintiff and Counterclaim Defendants (the "Motion to Join," Doc. 31) filed by Defendant/Counterclaim Plaintiff GPS QRTZ Corp. ("GPS") and a Consent Motion for Extension of Time to Respond to Counterclaims (the "Motion to Extend," Doc. 33) filed by Plaintiff G.P. Sullins Land Company LLC ("Plaintiff").

**IT IS HEREBY ORDERED THAT:**

(1) In light of the Notice of Non-Opposition filed by Plaintiff (Doc. 34), the Motion to Join (Doc. 31) is **GRANTED** as follows:

   A. Sagegate Corporation ("Sagegate") is joined as an additional Counterclaim Plaintiff.

1

B. The identifiable members of Plaintiff, as set forth in GPS's counterclaims (Doc. 30), are joined as additional Counterclaim Defendants.

C. GPS and Sagegate remain responsible for ensuring proper service of process on the additional Counterclaim Defendants.

(2) The Motion to Extend (Doc. 33) is **GRANTED**, and the deadline for Plaintiff to respond to the Counterclaims asserted by GPS and Sagegate is **EXTENDED** through and including January 14, 2025.

Signed: December 16, 2024

W. Carleton Metcalf
United States Magistrate Judge